# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Gary Mednick

                 Plaintiff,

v.                                 Case No.: 1:14–cv–03624

                                 Honorable Harry D. Leinenweber

Precor Inc.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 13, 2014:

      MINUTE entry before the Honorable Harry D. Leinenweber: Precor's Motion to Strike and Dismiss Mednick's Complaint [24] is granted in part and denied in part, and Precor's Motion to Strike and Dismiss Bayer's Complaint [16] is denied. Status hearing set for 12/18/2014 at 09:00 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.