# EXHIBIT 1

**FILED UNDER SEAL**

# EXHIBIT 2

# FILED UNDER SEAL

# EXHIBIT 3

# FILED UNDER SEAL

# EXHIBIT 4

**FILED UNDER SEAL**

# EXHIBIT 5

**FILED UNDER SEAL**

# EXHIBIT 6

**FILED UNDER SEAL**

# EXHIBIT 7

**FILED UNDER SEAL**

# EXHIBIT 8

**FILED UNDER SEAL**

# EXHIBIT 9

PR 003456

DESIGNED
WITH YOUR
HOME
IN MIND



**⫴PRECOR**®

Treadmills

# A home workout experience
# as natural as the outdoors

When we introduced the first cushioned treadmill in 1990, we knew that we would forever be changing the face of treadmill technology. More than twenty years later, we continue to push the envelope with our treadmills by focusing on advancements that help you exercise longer and get in better shape.

Our high-quality construction comes with patented technologies that reduce stress on your body, helping put you on a better path to achieve your workout goals. From shock absorbers that provide more impact absorption than other treadmills, to a calibrated belt speed that harmonizes with your foot speed, you get an exercise experience that in many ways exceeds what you'd find outdoors. Just adjust the console settings to get the specific workout you're after. You're in control to keep going, accelerating, and moving the way you want through life.

Precor.com



## Forged to fit your lifestyle

A Precor treadmill just plain feels different. Whether you're training for a marathon or recovering from an injury, our patented treadmill technology offers such a smooth workout that you may never want to hit "stop."

**A superior, low-impact workout**

When you run outdoors, the earth provides you with rock-solid stability. While this helps you push your feet off the ground, it also stresses your joints and back, tiring you and diminishing your workout results. With our patented Ground Effects® Impact Control (GFX®), we one-up Mother Nature and other treadmills by striking the perfect balance between absorption and support, inducing a smooth, natural running motion that reduces joint stress and minimizes fatigue.

Shock absorbers at the front of the deck cushion impact. At the same time, a pivot point in the back supports a full range of motion and provides a solid surface for an easy push off, reducing fatigue while helping to prevent injury.

**Moving the way you move**

Your footstep has a unique pattern of acceleration and deceleration. With our Integrated Footplant™ Technology (IFT), our treadmill continually registers your foot speed, checking the motor speed up to 710 times per second to match the natural movements of your step. The adjustments reduce joint and shoe discomfort common with other treadmills that interrupt, rather than support, your running stride.



Treadmills

# Committed to help you achieve

We focus on creating the rarest of treadmills – one that matches both your active lifestyle and home décor. Our sophisticated engineering and thoughtful design sets the stage for invigorating workouts that keep you motivated and moving toward your fitness goals. A low step-up height accented by smooth lines and a subtle brown color palette blend naturally into your home. And with special features such as Password Protect, you can prevent unintended use.

With our durable, low-impact treadmill you get all the essential features to help you reach your fitness goals. No matter what the reason may be for your working out, Precor is with you every step of the way.



**(A) Heart Rate Monitoring**
Maximize your workout results whether you walk or run with touch and telemetry heart rate monitoring*.

**(B) SmartRate®**
Easily stay in your fat burn, cardio or peak target heart rate zone with SmartRate.

**(C) Preset Programs**
Tailor your workouts to your fitness goals, stay challenged and add variety, with preset programs. Select models have runner specific programs such as 1 mile, 5K, 10K and Heart Rate Control.

**(D) User IDs**
Enter and store personal preferences in User IDs, to quickly retrieve for future workouts. Select models track your PBRs. The 9.35 includes a Workout Log and Pacer feature.

**(E) 3.0 HP Continuous Duty Motor**
Our powerful motor runs cool and quiet, providing plenty of power and torque when you want it.

*9.31 has Telemetry only. 9.23 has Touch only.



PR 003461





# Features:

For more information about our treadmills visit Precor.com.

| | **9.35** Treadmill | **9.33** Treadmill |
| --- | --- | --- |
| **Shock Absorption** | Ground Effects® Impact Control System | Ground Effects® Impact Control System |
| **Stride Support** | Integrated Footplant Technology™ | Integrated Footplant Technology™ |
| **Heart Rate Monitoring** | Touch/Telemetry | Touch/Telemetry |
| **SmartRate®** | Yes | Yes |
| **Chest Strap Transmitter** | Yes | Yes |
| **Decline/Incline** | -2% decline to 15% incline | 0% to 15% incline |
| **Speed** | 0.5 to 12 mph/.8 - 19.3 kph | 0.5 to 12 mph/ .8 - 19.3 kph |
| **Number of Programs** | 23 | 16 |
| **User IDs** | 4 | 2 |
| **Belt Dimensions** | 22" W X 56" L /56 cm W X 142 cm L | 22" W X 56" L /56 cm W X 142 cm L |
| **Equipment Dimensions** | 79" L x 34" W x 56" H | 79" L x 34" W x 56" H |
| | 204 cm L x 86 cm W x 142 cm H | 204 cm  L x 86 cm W x 142 cm H |
| **Equipment Weight** | 335 lbs./152 kg. | 335 lbs./152 kg. |
| **Other** | Workout Log, Pacer, PBR Tracking, Tap Control™ | PBR Tracking |
| **Power** | Plug in 120 VAC/240 VAC | Plug in 120 VAC/240 VAC |
| **Warranty** | Lifetime frame & welds; 10 years parts and wear items; 1 year labor | Lifetime frame & welds; 10 years parts and wear items; 1 year labor |







PR 003462

| | **9.31** Treadmill | **9.27** Treadmill | **9.23** Treadmill |
|---|---|---|---|
| | Ground Effects® Impact Control System | Ground Effects® Impact Control System | Ground Effects® Impact Control System |
| | Integrated Footplant Technology™ | Stride Support | Stride Support |
| | Telemetry | Touch/Telemetry | Touch |
| | Yes | Yes | Yes |
| | | Yes | No |
| | 0% to 15% incline | 0% to 15% incline | 0% to 15% incline |
| | 0.5 to 12 mph/.8 - 19.3 kph | 0.5 to 12 mph/.8 - 19.3 kph | 0.5 to 12 mph/.8 - 19.3 kph |
| | 8 | 10 | 6 |
| | 0 | 2 | 0 |
| | 22" W X 56" L /56 cm W X 142 cm L | 20" W X 57" L /51 cm W x 145 cm L | 20" W X 57" L /51 cm W x 145 cm L |
| | 79"L x 34" W x 56" H | 81" L x 31" W x 54" H | 81" L x 31" W x54" H |
| | 204 cm L x 86 cm W x 142 cm H | 206 cm L x 79 cm W x 137 cm H | 206 cm L x 79 cm W x 137 cm H |
| | 335 lbs./152 kg. | 238 lbs./108 kg. | 227 lbs./103 kg. |
| | Plug in 120 VAC | Plug in 120 VAC / 240 VAC | Plug in 120 VAC |
| | Lifetime frame & welds; 10 years parts and wear items; 1 year labor | Lifetime frame & welds; 5 years parts and wear items; 1 year labor | Lifetime frame & welds; 5 years parts and wear items; 1 year labor |

# WE'RE
# MOVED
**BY**
## quality you can feel

We're proud of our reputation for designing durable and quality equipment. That's why we confidently offer one of the best warranties available for fitness equipment:

- LIFETIME FRAME AND WELDS
- 10 YEAR OR 5 YEAR PARTS AND WEAR ITEMS
- 1 YEAR LABOR

## Innovation & Performance

At Precor, we stretch the boundaries of fitness, designing equipment that moves and works the way you do. Since 1980 we've been showcasing our pioneering and award-winning equipment in health clubs, hotels, recreation centers, and personal homes the world over. From the first cushioned treadmill, to the break-through technology of the first, and still number one elliptical brand in health clubs*, our designs have revolutionized the world of fitness equipment. However far you want to take your personal fitness, we want to be right there with you every step of the way.

## Why buy from a Precor Authorized Dealer store?

We select Precor Authorized Dealers and Servicers whom we believe share our vision of high quality and service. When you purchase Precor fitness equipment, always look for the Precor Authorized Dealer logo.



**PRECOR**
AUTHORIZED DEALER

©2011 Precor Incorporated

**Precor.com**

HOME•TRM 1111

*BASED ON 2009 IHRSA U.S. BENCHMARKING STUDY



FSC
MIX
Paper from responsible sources
FSC® C102835



**JACLINE BURNS**
PRECOR QUALITY ASSURANCE

# EXHIBIT 10



DESIGNED
WITH YOUR
HOME
IN MIND



**PRECOR**®

**EFX**® Elliptical Crosstrainers™

# Designed to Move
# the way you do

With the unveiling of the first elliptical crosstrainer in 1995, the Elliptical Fitness Crosstrainer™ (EFX®), Precor forever transformed how people work out. Rather than adapt your movements to fitness equipment, the ground-breaking design of the EFX mimics how you naturally move. Today, that pioneering concept helps make Precor the #1 elliptical brand in health clubs*.

The unique technology behind the EFX simulates the elliptical pattern of a running foot, reducing harmful muscle and joint stress to help you work out longer. Because you experience smooth and natural movements, your cardio workout feels easier and keeps you more engaged. Combined with our patented CrossRamp® Technology, you gain an invigorating, challenging workout in the comfort of your own home.

And because the EFX is low-impact, helping you move fluidly, you'll have a lower rate of perceived exertion (RPE). That means your workout is so smooth that you don't feel like you're working as hard as you are. And that means you'll stay on the EFX longer. And the longer you stay on, the better your conditioning.

It's challenging enough to consistently follow your fitness program – Precor makes it desirable by offering equipment that you actually want to use. So condition yourself for those walks, runs, and climbs. Move naturally, with fitness and through life.

Precor.com

PR 003450





**CrossRamp**
Change the angle to work different muscle groups

## Designed to Engage you

When you step onto an EFX, you unlock the door to an amazingly unique cross-training experience. That's because the EFX offers our patented CrossRamp Technology that lets you target different lower body muscles at will.

**The CrossRamp Science**
Your feet follow an elliptical path when you run or walk. By adjusting the CrossRamp up or down on the EFX, you change the shape of the ellipse that your foot travels. Each modification causes you to work different lower body muscles. You decide which muscles to focus on. So you can work the muscles you want, when you want, while minimizing muscle fatigue.

**A customized workout**
Utilizing the revolutionary CrossRamp Technology, you can emulate different workout courses such as hiking or cross-country skiing. The type of workout and level of difficulty rests entirely with you and the goals you want to achieve. This not only empowers you, but also keeps your workouts fresh and energizing so you can reach new exercise levels. Plus you'll stay more active and motivated, making you look forward to your daily exercise routine.

**EFX®** Elliptical Crosstrainers™

# Designed to Inspire your life in motion

At Precor, we believe that the best elliptical is the one you'll use. That's why we put so much care and consideration into the dynamic features of our EFX. From its subtle brown tones and clean lines to its virtually silent operation, the EFX blends in perfectly with your home décor and lifestyle. The EFX also offers special safety features, such as a pedal-locking pin, that helps protect small children and pets.

Providing premium quality with a sleek design, the EFX ensures a comfortable, rewarding workout that complements your active lifestyle. Whether you're into fitness to look good, stay healthy, reach a new personal best, or just live life, we believe the EFX can inspire you to achieve your goals.



**A** **Heart Rate Monitoring**
Maximize your workout results with touch and telemetry heart rate monitoring*.

**B** **SmartRate®**
Easily stay in your fat burn, cardio or peak target heart rate zone with SmartRate.

**C** **Handlebars**
Focus on a total or lower body workout with moving, fixed or convertible handlebars.

**D** **Preset Programs**
Tailor your workouts to your fitness goals, stay challenged and add variety, with preset programs.

**E** **User IDs**
Enter and store personal preferences in User IDs, to quickly retrieve for future workouts. A great option for households with more than one user.

*The EFX 5.31 has telemetry heart rate monitoring only.

PR 003453



# Features:

For more information about our
Elliptical Crosstrainers visit Precor.com.

| | EFX® 5.37 | EFX® 5.33 | EFX® 5.31 |
|---|---|---|---|
| **CrossRamp® Technology** | Automatic, 15 - 40 degrees | Automatic, 15 - 30 degrees | Automatic, 15 - 30 degrees |
| **Heart Rate Monitoring** | Touch/Telemetry | Touch/Telemetry | Telemetry |
| **SmartRate®** | Yes | Yes | Yes |
| **Chest Strap Transmitter Included** | Yes | No | No |
| **Handlebars** | Premium convertible, moving or fixed | Moving | Fixed |
| **Resistance Levels** | 20 | 20 | 20 |
| **User IDs** | 4 | 2 | 2 |
| **Options Key** | Yes | No | No |
| **Number of Programs** | 15 | 10 | 10 |
| **Equipment Dimensions** | 84" L x 31" W x 63" H<br>213 cm L x 79 cm W x 159 cm H | 84" L x 31" W x 63" H<br>213 cm L x 79 cm W x 159 cm H | 84" L x 31" W x 63" H<br>213 cm L x 79 cm W x 159 cm H |
| **Equipment Weight** | 240 lbs./109 kg. | 240 lbs./109 kg. | 210 lbs./95 kg. |
| **Warranty** | Lifetime frame & welds; 10 years parts and wear items; 1 year labor | Lifetime frame & welds; 10 years parts and wear items; 1 year labor | Lifetime frame & welds; 10 years parts and wear items; 1 year labor |
| **Power** | Plug in 120 VAC / 240 VAC | Plug in 120 VAC | Plug in 120 VAC/240 VAC |

# Features:

For more information about our Elliptical Crosstrainers visit Precor.com.



| | EFX® **5.25** | EFX® **5.23** | EFX® **5.21** |
|---|---|---|---|
| **CrossRamp® Technology** | Automatic, 15 - 25 degrees | Manual, 3 positions | Manual, 3 positions |
| **Heart Rate Monitoring** | Touch/Telemetry | Touch/Telemetry | Touch/Telemetry |
| **SmartRate®** | Yes | Yes | Yes |
| **Chest Strap Transmitter Included** | No | No | No |
| **Handlebars** | Moving | Moving | Fixed |
| **Resistance Levels** | 16 | 16 | 16 |
| **User IDs** | 2 | 0 | 0 |
| **Options Key** | No | No | No |
| **Number of Programs** | 8 | 8 | 8 |
| **Equipment Dimensions** | 76" L x 29" W x 62" H 193 cm L x 74 cm W x 157 cm H | 76" L x 29" W x 62" H 193 cm L x 74 cm W x 157 cm H | 76" L x 29" W x 62" H 193 cm L x 74 cm W x 157 cm H |
| **Equipment Weight** | 184 lbs./83 kg. | 183 lbs./83 kg. | 164 lbs./74 kg. |
| **Warranty** | Lifetime frame & welds; 5 years parts and wear items; 1 year labor | Lifetime frame & welds; 5 years parts and wear items; 1 year labor | Lifetime frame & welds; 5 years parts and wear items; 1 year labor |
| **Power** | Plug in 120 VAC / 240 VAC | Plug in 120 VAC / 240 VAC | Plug in 120 VAC |



**JACLINE BURNS**
PRECOR QUALITY ASSURANCE

PR 003455

# WE'RE
# MOVED
**BY** quality you can feel

We're proud of our reputation for designing durable and quality equipment. That's why we confidently offer one of the best warranties available for fitness equipment:

- LIFETIME FRAME AND WELDS
- 10 YEAR OR 5 YEAR PARTS AND WEAR ITEMS
- 1 YEAR LABOR

## Innovation & Performance

At Precor, we stretch the boundaries of fitness, designing equipment that moves and works the way you do. Since 1980 we've been showcasing our pioneering and award-winning equipment in health clubs, hotels, recreation centers, and personal homes the world over. From the first cushioned treadmill, to the break-through technology of the first, and still number one elliptical brand in health clubs*, our designs have revolutionized the world of fitness equipment. However far you want to take your personal fitness, we want to be right there with you every step of the way.

## Why buy from a Precor Authorized Dealer store?

We select Precor Authorized Dealers and Servicers whom we believe share our vision of high quality and service. When you purchase Precor fitness equipment, always look for the Precor Authorized Dealer logo.



**‖PRECOR**
AUTHORIZED DEALER

©2011 Precor Incorporated
**Precor.com**
HOME-EFX 1111
*BASED ON 2009 IHRSA U.S. BENCHMARKING STUDY



MIX
Paper from
responsible sources
FSC® C102835

# EXHIBIT 11

PR 003476

CLUB-QUALITY
EQUIPMENT THAT
**FEELS RIGHT**
AT HOME



III**PRECOR**®

Bikes

PR 003477



## A high-performance, low-impact workout

The RBK 835 Recumbent Bike redefines cardio fitness with an energizing low-impact workout that helps build stamina and strength. Knee Over Pedal Spindle (K.O.P.S.) geometry ensures efficient, smooth pedaling. A step-through design simplifies entry and exit. And with our air flex seat providing unrivalled ventilation, flexibility, and weight redistribution from sensitive areas, you can stay comfortable and work out longer.

# Features: **RBK 835**
Recumbent Bike

For more information about our
Recumbent Bike visit Precor.com.

| | |
|---|---|
| **Step-over Height** | 4" H/10 cm H |
| **Number of Workouts** | 12 |
| **Heart Rate Monitoring** | Touch/Telemetry |
| **Resistance Levels** | 25 |
| **Equipment Dimensions** | 67" L x 23" W x 50" H |
| | 170 cm L x 58 cm W x 127 cm H |
| **Equipment Weight** | 210 lbs. / 95 kg. |
| **Warranty** | Lifetime frame & welds; 10 years parts and wear items; 1 year labor when purchased for home use |
| **Power** | Self-Powered |

**A  Step-through Design**
Enter and exit easily with the step-through design.

**B  Air Flex Seat**
Stay comfortable with the high-ventilation air flex seat, with a specially designed suspension system.

**C  K.O.P.S Biomechanics**
Pedal efficiently with K.O.P.S. Biomechanics to reduce shear force on your knee.

**D  Dual-sided Pedals**
Use the dual-sided pedals with or without the pedal straps or change the pedals to your own.

**E  Heart Rate Monitoring**
Maximize your workout results whether you walk or run with touch and telemetry heart rate monitoring.

## Bridging comfort with performance

The UBK 835 Upright Bike delivers premium comfort to a smooth, quiet ride, elevating your workout from a challenging experience to an empowering one. The UBK 835 comes biomechanically engineered with K.O.P.S. geometry, helping ensure proper knee positioning and pedaling efficiency. Specially-designed handlebars provide three riding positions, so you can find just the right fit.

# Features: **UBK 835**
## Upright Bike

For more information about our Upright Bike visit Precor.com.

| | |
|---|---|
| **Number of Workouts** | 12 |
| **Heart Rate Monitoring** | Touch/Telemetry |
| **Resistance Levels** | 25 |
| **Equipment Dimensions** | 48" L x 21" W x 62" H |
| | 122 cm L x 53 cm W x 157 cm H |
| **Equipment Weight** | 160 lbs./73 kg. |
| **Warranty** | Lifetime frame & welds; 10 years parts and wear items; 1 year labor when purchased for home use |
| **Power** | Self-Powered |

**A  Three-position Handlebars**
Choose your riding style - upright, cruising, or road.

**B  K.O.P.S Biomechanics**
Pedal efficiently with K.O.P.S. Biomechanics to reduce shear force on your knee.

**C  Ergonomic Seat Design**
Ride comfortably with our ergonomic seat, or change to your own saddle for a custom ride.

**D  Dual-sided Pedals**
Use the dual-sided pedals with or without the pedal straps or change the pedals to your own.

**E  Heart Rate Monitoring**
Maximize your workout results whether you walk or run with touch and telemetry heart rate monitoring.

# WE'RE
# MOVED BY
# quality you can feel

We're proud of our reputation for designing durable and quality equipment. That's why we confidently offer one of the best warranties available for fitness equipment:

- LIFETIME FRAME AND WELDS
- 10 YEAR OR 5 YEAR PARTS AND WEAR ITEMS
- 1 YEAR LABOR

## Innovation & Performance

At Precor, we stretch the boundaries of fitness, designing equipment that moves and works the way you do. Since 1980 we've been showcasing our pioneering and award-winning equipment in health clubs, hotels, recreation centers, and personal homes the world over. From the first cushioned treadmill, to the break-through technology of the first, and still number one elliptical brand in health clubs*, our designs have revolutionized the world of fitness equipment. However far you want to take your personal fitness, we want to be right there with you every step of the way.

## Why buy from a Precor Authorized Dealer store?

We select Precor Authorized Dealers and Servicers whom we believe share our vision of high quality and service. When you purchase Precor fitness equipment, always look for the Precor Authorized Dealer logo.


**PRECOR**
AUTHORIZED DEALER

©2011 Precor Incorporated

**Precor.com**

HOME-BIKE 0311

*BASED ON 2009 IHRSA U.S. BENCHMARKING STUDY



**JACLINE BURNS**
PRECOR QUALITY ASSURANCE

# EXHIBIT 12



ASSURANCE™ SERIES

SMOOTH, FLOWING & PRECISE

# UBK615
## Upright Bike

Like every piece of equipment in our Assurance Series, the UBK 615 adds value to your facility by combining essential reliability and ease-of-use with smooth pedaling and biomechanically correct geometry. The UBK 615 features a console that provides clear visuals and a familiar layout that makes it easy for user to explore a variety of satisfying workouts.

The UBK 615 provides club level innovations and proven mechanical designs at an exceptional value. Precor combines our Assurance Series products with award winning service to create exceptional experiences for users and owners alike.



# UBK 615
## Upright Bike



The self-powered UBK 615 upright bike features custom-designed handlebars with integrated handheld heart rate for maximum comfort and efficient workout experience. The intuitive seat adjustment, redesigned saddle for riding comfort, and improved knee over pedal spindle (KOPS) geometry for efficient pedaling means a smooth, comfortable workout.

## PRODUCT HIGHLIGHTS

**1 Console**
Clear visuals and familiar layout increase program exploration, leading to greater satisfaction. Durable dome switches are tactile, responsive and easy for everyone to use.

**2 Over-molded Handlebars**
Over-molded style adds comfort and durability while offering heart rate contacts and three ergonomic riding positions: upright, cruising and road.

**3 Seat Adjustment and Improved saddle design**
The intuitive pop pin seat adjustment allows users to easily change seat height.

**4 Pedals**
Pedals have integrated, adjustable straps. The extra wide pedals comfortably accommodate feet of all sizes to ensure proper pedaling form.

**5 Ease of Maintenance**
The easy to remove shrouds ensure easy access to the belt-drive system for maintenance and servicing without removing the pedals or crank arms.

## PRODUCT SPECIFICATIONS

| | |
|---|---|
| **Dimensions (L x W x H):** | 46 x 21 x 57 inches / 117 x 53 x 146 centimeters |
| **Product Height with PVS:** | 70 in / 178 cm |
| **Weight:** | 155 lbs / 70 kg |
| **Power:** | Self-Powered |
| **Total Workouts:** | 6 |
| **Resistance Levels:** | 25 |
| **Minimum Watts:** | 22 (level 1 at 20 RPM) |
| **Maximum Watts:** | 500 (level 25 at 150 RPM) |
| **Language Selection:** | English, French, Dutch, German, Portuguese, Russian, Spanish |
| **Network Capabilities:** | FitLinxx compatible<br>C-SAFE enabled |
| **Entertainment:** | Optional - 15" Personal Viewing System (PVS)<br>Optional - iPod® / iPhone® compatible<br>Optional - Wireless entertainment cap |
| **Accessories:** | Accessories holder<br>Reading rack<br>Optional - Cable management |
| **Warranty:** | Visit www.precor.com for warranty terms |



Optional wireless entertainment cap



**Streamlined LED** Console





**Streamlined LED** Console with optional 15" Personal Viewing System



# EXHIBIT 13



EXPERIENCE™ SERIES
**810 Line**

**BASIC ESSENTIALS**

The 810 Line provides all the essential
features with a premium feel.

# UBK 815
## Upright Bike

Like every piece of equipment in our Experience Series 810 Line, the UBK 815 adds value to your facility by
combining essential reliability and ease-of-use with smooth pedaling and biomechanically correct geometry.
The 810 Line is our most affordable and whether on its own or alongside the rest of the Experience Series™
cardio equipment, the 810 Line offers the essential features with a premium feel.

At Precor, we recognize that a great workout is the sum of many parts. In your hands, the products, services
and technologies we offer can be combined in countless ways to complement the programs, and atmosphere
you're creating.



# UBK 815
Upright Bike



The self-powered UBK 815 upright bike features custom-designed handlebars with integrated touch heart rate for maximum comfort and efficient workout experience. One-handed seat adjustment on or off the bike, redesigned saddle for riding comfort, and improved knee over pedal spindle (KOPS) geometry for efficient pedaling means a smooth, comfortable workout.

## PRODUCT HIGHLIGHTS

**Console**
Created to complement the entire Experience Series™ line, the P10 console features an LED-based console that focuses on the essential fitness stats that keep users moving.

**Over-molded Handlebars**
Over-molded style adds comfort and durability while offering dual heart rate contacts and three ergonomic riding positions: upright, cruising and road.

**Seat Adjustment and Improved Saddle Design**
The simple seat adjustment allows the user to change the position of the seat with one hand, either on or off the bike.

**Dual-sided Pedals**
The dual-sided pedals allow the user to use the pedals with or without the integrated straps. The extra wide pedals comfortably accommodate feet of all sizes to ensure proper pedaling form.

**Ease of Maintenance**
The easy to remove shroud ensures easy access to the belt-drive system for maintenance and servicing without removing the pedals or crank.



Optional wireless entertainment cap







**P10** Console

**P10** Console with optional 15" Personal Viewing System

## PRODUCT SPECIFICATIONS

| | |
|---|---|
| **Dimensions (L x W x H):** | 48 x 21 x 57 inches / 122 x 53 x 146 cm |
| **Product Height with PVS:** | 72 in / 183 cm |
| **Weight:** | 160 lbs / 73 kg |
| **Power:** | Self-powered |
| **Total Workouts:** | 6 |
| **Resistance Levels:** | 25 |
| **Minimum Watts:** | 18 (level 1 at 20 RPM) |
| **Maximum Watts:** | 750 (level 25 at 150 RPM) |
| **Language Selection:** | English, Dutch, French, German, Italian, Portuguese, Romanized Russian, and Spanish |
| **Entertainment:** | Optional - 15" Personal Viewing System (PVS) Optional - Wireless entertainment cap |
| **Accessories:** | Accessories holder Reading rack Optional - Cable management |
| **Warranty:** | Frame – 7 years Parts (Mechanical & Electronic) – 2 years Labor – 1 year |



05.13.2014
©2014 Precor Incorporated

For additional information on this product, the full 810 line, and other products offered by Precor, please visit www.precor.com.

# EXHIBIT 14



# AMT® 835
## Adaptive Motion Trainer® with Open Stride™

Like every piece of equipment in our Experience Series™ 830 Line, the AMT® 835 with Open Stride™ combines essential reliability and ease-of-use with a natural, low-impact stride to add value to your facility. The 830 Line console integrates our intuitive motion controls and uses an LED-based display that focuses on the essential fitness stats and displays that keep users moving.

At Precor, we recognize that a great workout is the sum of many parts. In your hands, the products, services and technologies we offer can be combined in countless ways to complement the programs, and atmosphere you're creating.



# AMT® 835
## Adaptive Motion Trainer® with Open Stride™



Our new Adaptive Motion Trainer® — AMT® 835 with Open Stride™ creates a whole new feeling during a workout. Savvy operators immediately see the benefits of a machine that enables exercisers of all levels to personalize their workouts and keep them engaged, challenged and loyal. The AMT® 835 will take the pressure off your other equipment by delivering a range of motions similar to what they offer, making it the hardest working piece of cardio equipment in your facility, and the easiest, most enjoyable to use.

## PRODUCT HIGHLIGHTS

**1 Console**
Created to complement the entire Experience Series™ line, the P30 console features easy to use motion controls and uses a large LED display that focuses on the essential fitness stats that keep users moving.

**2 Stride Dial™**
The pendulum-like swing of the Stride Dial helps users see their stride length to determine the muscle groups they are targeting.

**3 Open Stride™**
Open Stride™ is a unique feature that allows exercisers not only to dynamically adapt their stride length from zero to 36 inches (0 to 91 cm) but also to adjust their stride height from 6.8 to 10 inches (17 to 25 cm) providing an infinite range of stride paths to engage several muscle groups. Open Stride™ can be adjusted from level 1 to 5 with the tactile motion contols.

**4 Handlebars Fit Everyone**
Three distinct positions on the moving handlebars provide a comfortable fit for nearly every user. The rodeo grip has a heart rate sensor built-in that provides monitoring and a stable, comfortable position when focusing on the lower body.

**5 Total Body Workout in One Piece of Equipment**
Users can go from short stride to long stride, walking to running, climbing to lunging, allowing them to target different muscle groups. Pushing and pulling the moving handlebars will engage the upper body, resulting in a total body workout.

SEE THE AMT® WITH OPEN STRIDE™ IN ACTION
**AMTFITNESS.COM**

Optional wireless entertainment cap









**P30** Console

**P30** Console with optional 15" Personal Viewing System

## PRODUCT SPECIFICATIONS

| | |
|---|---|
| **Dimensions (L x W x H):** | 80 x 35 x 69 in / 203 x 89 x 175 cm |
| **Product Height with PVS:** | 81 in / 208 cm |
| **Weight:** | 412 lbs / 187 kg |
| **Power:** | Self-powered |
| **Total Workouts:** | 6 |
| **Resistance Levels:** | 1 - 20 |
| **Stride Height Levels:** | 1 - 5 |
| **Adaptive Stride Length:** | 0 - 36 in / 0 - 91 cm |
| **Adjustable Stride Height:** | 6.8 - 10 in / 17 - 25 cm |
| **Language Selection:** | English, French, Spanish, German, Portuguese, Italian, Russian, Dutch |
| **Network Capabilities:** | C-SAFE enabled<br>FitLinxx® compatible |
| **Entertainment:** | Optional - 15" Personal Viewing System (PVS)<br>Optional - Wireless entertainment cap<br>Optional - Personal Entertainment Player (PEP)* |
| **Accessories:** | Accessories holder<br>Reading rack<br>Optional - Cable management |
| **Warranty:** | Frame – 7 years<br>Parts (Mechanical & Electronic) – 2 years<br>Wear Items – 1 year<br>Labor – 1 year |

*\* Available Q2 2012.*



# EXHIBIT 15

**⫽⫽PRECOR**

▾ HOME PRODUCTS  ▸ COMMERCIAL PRODUCTS  ▸ GOVERNMENT  ▸ ABOUT PRECOR  ▸ ENHANCE FITNESS  **STORE LOCATOR ▸**

PRODUCTS | SUPPORT | TIPS & TOOLS |  VISIT ONLINE STORE ▸

ELLIPTICAL
CROSSTRAINERS™

- EFX 5.37
- EFX 5.35
- EFX 5.33
- EFX 5.31
- EFX 5.25
- EFX 5.23
- NEW EFX 5.35
- NEW EFX 5.33
- **NEW EFX 5.21** +

TREADMILLS

STRENGTH SYSTEMS

BIKES

STRETCHTRAINER™



## NEW EFX 5.21

Fluid human motion, equaled by
machine. Engineered to move the way
you move.

$2199 suggested retail price. (U.S.
only).

**☒ BUY ONLINE ▸**

OVERVIEW    TECHNOLOGY    SPECS

**Equipment Summary**

Our new EFX® 5.21 features manually adjustable CrossRamp® technology with
three position settings, fixed handlebars for a lower body workout focus, 8
preset programs, 16 resistance levels and touch and telemetry heart rate
monitoring with Smart Rate® to keep you in your fat burn, cardio or peak
heart rate zone.

COMPARE MODELS ▸  SPACE PLANNER ® ▸

SELECT UP TO 6 MODELS

- Printable Brochure (1 MB)
- Printable Specs (592 KB)
- Elliptical Motion and CrossRamp®
- The EFX Story
- Why Buy A Precor
- Buying Guide

© 2010 Precor Incorporated

About Precor | Terms of Use | Privacy Policy | Connection Login | Sitemap

**|||PRECOR**

PRODUCTS | SUPPORT | TIPS & TOOLS | VISIT ONLINE STORE ▸

ELLIPTICAL
CROSSTRAINERS™
- EFX.37
- EFX.33
- EFX.33
- EFX.31
- EFX 5.25
- EFX 5.23
- NEW EFX 5.25
- NEW EFX 5.23 ▸
- NEW EFX 5.21

TREADMILLS

STRENGTH SYSTEMS

BIKES

STRETCHTRAINER™










## NEW EFX 5.23

Fluid human motion, equaled by machine. Engineered to move the way you move.

$2699 suggested retail price. (U.S. only).

🛒 BUY ONLINE ▸

OVERVIEW     TECHNOLOGY     SPECS

**Equipment Summary**

Our new EFX® 5.23 features manually adjustable CrossRamp® technology with three position settings, moving handlebars for a total body workout, 8 preset programs, 16 resistance levels and touch and telemetry heart rate monitoring with Smart Rate® to keep you in your fat burn, cardio or peak heart rate zone.

COMPARE MODELS ▸  SPACE PLANNER ® ▸

📄 Printable Brochure (1 MB)

📄 Printable Specs (595 KB)

⊙ Elliptical Motion and CrossRamp®

The EFX Story

Why Buy A Precor

Buying Guide

© 2010 Precor Incorporated     About Precor | Terms of Use | Privacy Policy | Connection Login | Sitemap

**|||PRECOR**

PRODUCTS | SUPPORT | TIPS & TOOLS | VISIT ONLINE STORE ▸

**ELLIPTICAL CROSSTRAINERS™**

- EFX.37
- EFX.33
- EFX.33
- EFX.31
- EFX 5.25
- EFX 5.23
- **NEW EFX 5.25 ▸**
- NEW EFX 5.23
- NEW EFX 5.21

**TREADMILLS**

**STRENGTH SYSTEMS**

**BIKES**

**STRETCHTRAINER™**










## NEW EFX 5.25

Fluid human motion, equaled by machine. Engineered to move the way you move.

$2999 suggested retail price. (U.S. only).

▸ BUY ONLINE ▸

**OVERVIEW    TECHNOLOGY    SPECS**

### Equipment Summary

Our new EFX® 5.25 features automatic CrossRamp® angles from 15 to 25 degrees, moving handlebars for a total body workout, 8 preset programs, 16 resistance levels and touch and telemetry heart rate monitoring with Smart Rate® to keep you in your fat burn, cardio or peak heart rate zone.

**COMPARE MODELS ▸    SPACE PLANNER® ▸ ▸**

Printable Brochure (883 KB)

Printable Specs (379 KB)

Elliptical Motion and CrossRamp®

The EFX Story

Why Buy A Precor

Buying Guide

© 2010 Precor Incorporated

About Precor | Terms of Use | Privacy Policy | Connection Login | Sitemap

**|||PRECOR**

PRODUCTS | SUPPORT | TIPS & TOOLS | **VISIT ONLINE STORE ▸**

ELLIPTICAL
CROSSTRAINERS™

EFX5.37
EFX5.35
EFX5.33
EFX5.31 ▸
EFX 5.25
EFX 5.23
NEW EFX 5.25
NEW EFX 5.23
NEW EFX 5.21

TREADMILLS

STRENGTH SYSTEMS

BIKES

STRETCHTRAINER™







## EFX5.31

Fluid human motion, equaled by machine. Engineered to move the way you move.

$3999 suggested retail price. (U.S. only).

**▸ BUY ONLINE ▸**

**COMPARE MODELS ▸ | SPACE PLANNER ® ▸**

OVERVIEW     TECHNOLOGY     SPECS

**The EFX 5.31 Elliptical** Our 5.31 home elliptical offers a dynamic lower-body workout with CrossRamp® technology for variable incline and stride length. A variety of programs let you tailor your workout and track your progress. Every aspect of the machine and console was designed to offer comfort and convenience as you pursue your fitness goals.

Printable Brochure (302 KB)

Printable Specs (48 KB)

Elliptical Motion and CrossRamp®

The EFX Story

Why Buy A Precor

Buying Guide

© 2010 Precor Incorporated

PR 003389

PRODUCTS | SUPPORT | TIPS & TOOLS | VISIT ONLINE STORE ►

**ELLIPTICAL CROSSTRAINERS™**

EFX5.37
EFX5.35
**EFX5.33** ►
EFX5.31
EFX 5.25
EFX 5.23
NEW EFX 5.35
NEW EFX 5.25
NEW EFX 5.21

**TREADMILLS**

**STRENGTH SYSTEMS**

**BIKES**

**STRETCHTRAINER™**

## EFX5.33

Fluid human motion, equaled by machine. Engineered to move the way you move.

$4499 suggested retail price. (U.S. only).

[ 🛒 BUY ONLINE ► ]

OVERVIEW | TECHNOLOGY | SPECS

**The EFX 5.33 Elliptical** Our total body 5.33 home elliptical lets you personalize your workout, your way. Moving handlebars let you tone and condition your entire body while maintaining comfortable posture and correct technique. Intuitive programming makes it simple to engage for a quick cardio session or more technical training. It's a welcome partner in the pursuit of your fitness.

COMPARE MODELS ► | SPACE PLANNER ® ►

📄 Printable Brochure (302 KB)
📄 Printable Specs (48 KB)

Elliptical Motion and CrossRamp®
The EFX Story
Why Buy A Precor
Buying Guide

© 2010 Precor Incorporated

About Precor | Terms of Use | Privacy Policy | Connection Login | Sitemap

# ⅢPRECOR

HOME PRODUCTS | COMMERCIAL PRODUCTS | GOVERNMENT | ABOUT PRECOR | DEALER LOCATOR | STORE LOCATOR ▶

PRODUCTS | SUPPORT | TIPS & TOOLS | VISIT ONLINE STORE ▶

**ELLIPTICAL CROSSTRAINERS™**

- EFX 5.37 ▶
- EFX 5.35
- EFX 5.33
- EFX 5.31
- EFX 5.25
- EFX 5.23
- NEW EFX 5.35
- NEW EFX 5.23
- NEW EFX 5.21

TREADMILLS
STRENGTH SYSTEMS
BIKES
STRETCHTRAINER™






## EFX5.37

Fluid human motion, equaled by machine. Engineered to move the way you move.

$5399 suggested retail price. (U.S. only).

🛒 BUY ONLINE ▶

OVERVIEW | TECHNOLOGY | SPECS

**The EFX 5.37 Elliptical** Our most dynamic and sophisticated home elliptical offers incredible workout flexibility in your own home. With Precor's CrossRamp® technology for variable incline and stride length, Convertible Arms for workout variety and sophisticated customization programs that track your progress – you're ensured a comfortable, rewarding workout to complement your active lifestyle.

COMPARE MODELS ▶ | SPACE PLANNER® ▶

- Printable Brochure (314 KB)
- Printable Specs (49 KB)
- Elliptical Motion and CrossRamp®
- The EFX Story
- Why Buy A Precor
- Buying Guide

© 2010 Precor Incorporated

About Precor | Terms of Use | Privacy Policy | Connection Login | Sitemap






PR 00339I

**⫿⫿PRECOR**

PRODUCTS | SUPPORT | TIPS & TOOLS | VISIT ONLINE STORE ▶

ELLIPTICAL
CROSSTRAINERS™

TREADMILLS

9.35
9.33
9.31
9.27
**9.23**

STRENGTH SYSTEMS

BIKES

STRETCHTRAINER™

## 9.23

Human and machine, perfectly in step.
Engineered to move the way you
move.

$2649 suggested retail price. (U.S.
only).

🛒 BUY ONLINE ▶

COMPARE MODELS ▶  SPACE PLANNER ® ▶

Printable Brochure (200 KB)

Printable Specs (201 KB)

Integrated Footplant™
Technology

Ground Effects® Technology

Buying Guide

The Treadmill Story

Why Buy A Precor

OVERVIEW    TECHNOLOGY    SPECS

**The 9.23 Low-Impact Treadmill** Our entry-level low-impact treadmill
includes all the basic features to help you achieve your fitness goals. A simple,
intuitive interface lets you jump-start your workout with up to six programs to
add variety and keep you motivated to get the most from your active lifestyle.

© 2015 Precor Incorporated

# ⅢPRECOR

PRODUCTS │ SUPPORT │ TIPS & TOOLS │  VISIT ONLINE STORE ▸

ELLIPTICAL
CROSSTRAINERS™

TREADMILLS
- 9.35
- 9.33
- 9.31
- **9.27** ▸
- 9.23

STRENGTH SYSTEMS

BIKES

STRETCHTRAINER™





## 9.27

Human and machine, perfectly in step. Engineered to move the way you move.

$2999 suggested retail price. (U.S. only).

🛒 BUY ONLINE ▸

COMPARE MODELS ▸   SPACE PLANNER ® ▸

📄 Printable Brochure (216 KB)

🖨 Printable Specs (201 KB)

📖 Buying Guide

⦾ The Treadmill Story

🏃 Why Buy A Precor

OVERVIEW    TECHNOLOGY    SPECS

**The 9.27 Low-Impact Treadmill** Our durable, low-impact treadmill includes all the essential features to help you reach your fitness goals. Choose from 10 different programs to add variety to your workouts. Advanced heart rate monitoring ensures you stay in your target zone while an intuitive console displays additional workout metrics. Every step is designed to keep pace with a healthy, active lifestyle.

© 2010 Precor Incorporated

About Precor | Terms of Use | Privacy Policy | Connection Login | Sitemap

PR 003393

**||PRECOR**

HOME PRODUCTS ▸ COMMERCIAL PRODUCTS ▸ GOVERNMENT ▸ ABOUT PRECOR ▸ CHANGE REGION   STORE LOCATOR ▸

PRODUCTS | SUPPORT | TIPS & TOOLS | VISIT ONLINE STORE ▸

ELLIPTICAL
CROSSTRAINERS™

TREADMILLS
- 9.37
- 9.33
- ● 9.31 ▸
- 9.27
- 9.21

STRENGTH SYSTEMS

BIKES

STRETCHTRAINER™





## 9.31

Human and machine, perfectly in step.
Engineered to move the way you
move.

$3999 suggested retail price. (U.S.
only).

🛒 BUY ONLINE ▸

**OVERVIEW**   TECHNOLOGY   SPECS   COMPARE MODELS ▸   SPACE PLANNER ⊕ ▸

The new 9.31 treadmill is an exceptional value in a home treadmill. Featuring
contemporary design and artful craftsmanship, the 9.31 treadmill is both
beautiful and functional. The exceptional feel and wide variety of workout
programs makes the 9.31 a top choice for both runners and walkers. The
intuitive display keeps you motivated and focused on your workout results,
helping you achieve your fitness goals.

- 🗎 Printable Brochure (809 KB)
- 🗎 Printable Specs (205 KB)
- 🗎 Integrated Footplant™ Technology
- 🗎 Ground Effects® Technology
- 🗎 Buying Guide
- 🗎 The Treadmill Story
- 🗎 Why Buy A Precor

© 2010 Precor Incorporated

About Precor | Terms of Use | Privacy Policy | Connection Login | Sitemap

**⫼PRECOR**

PRODUCTS ∣ SUPPORT ∣ TIPS & TOOLS ∣ VISIT ONLINE STORE ▸

ELLIPTICAL
CROSSTRAINERS™

TREADMILLS

9.33
9.23 ▸
9.31
9.27
9.35

STRENGTH SYSTEMS

BIKES

STRETCHTRAINER™



## 9.33

Human and machine, perfectly in step.
Engineered to move the way you
move.

$4499 suggested retail price. (U.S.
only).

🛒 BUY ONLINE ▸

COMPARE MODELS ▸ ∣ SPACE PLANNER ⊕ ▸

OVERVIEW    TECHNOLOGY    SPECS

The new 9.33 treadmill brings to life elegant design and precision engineering.
The natural feel of the treadmill is readily apparent to runners and walkers
alike. With a variety of programs and multiple user ID's, completely
customizable workouts are easily created. Every design detail of the 9.33
treadmill was carefully considered, resulting in a contemporary design that fits
naturally into your home.

📄 Printable Brochure (809 KB)

📄 Printable Specs (207 KB)

📖 Integrated Footplant™
Technology

📖 Ground Effects® Technology

📖 Buying Guide

📖 The Treadmill Story

📖 Why Buy A Precor

© 2010 Precor Incorporated    About Precor∣Terms of Use∣Privacy Policy∣Connection Login∣Sitemap

# PRECOR

ELLIPTICAL
CROSSTRAINERS™

TREADMILLS

- 9.35 ▶
- 9.33
- 9.31
- 9.27
- 9.23

STRENGTH SYSTEMS

BIKES

STRETCHTRAINER™



  

## 9.35

Human and machine, perfectly in step. Engineered to move the way you move.

$4999 suggested retail price. (U.S. only).

🛒 BUY ONLINE ▶

---

COMPARE MODELS ▶  SPACE PLANNER ⊕ ▶

OVERVIEW    TECHNOLOGY    SPECS

The new 9.35 treadmill brings our latest design and technical innovations to your home. The new design has been artfully conceived to fit naturally within the home, and features thoughtful details that make your workout more enjoyable. Whether running or walking, the 9.35 treadmill provides an exceptionally smooth and fluid feel. With a full range of workout programs and advanced options, you'll be able to customize your workout and follow your progress as you achieve your fitness goals.

Printable Brochure (612 KB)

Printable Specs (209 KB)

Integrated Footplant™ Technology

Ground Effects® Technology

Buying Guide

The Treadmill Story

Why Buy A Precor

---

About Precor | Terms of Use | Privacy Policy | Connection Login | Sitemap

# ⅢPRECOR

PRODUCTS | SUPPORT | TIPS & TOOLS | VISIT ONLINE STORE ▶

ELLIPTICAL
CROSSTRAINERS™

TREADMILLS

STRENGTH SYSTEMS

BIKES

USB 815 Upright Bike

RBK 815 Recumbent
Bike ▶

STRETCHTRAINER™














## RBK 815 Recumbent Bike

Fluid human motion, equaled by
machine. Engineered to move the way
you move.

🛒 BUY ONLINE ▶

OVERVIEW | TECHNOLOGY | SPECS | OPTIONS

### Equipment Summary

The RBK 815 recumbent bike is one of our commercial recumbent bikes with 6
programs, 25 resistance levels and touch and telemetry heart rate monitoring
with Smart Rate®. The 815 also features the patent-pending air flex seat,
dual-sided pedals and KOPS biomechanics.

COMPARE MODELS ▶ | SPACE PLANNER ® ▶

📄 Printable Brochure (237 KB)

📄 Printable Specs (138 KB)

📝 Why Buy A Precor

© 2010 Precor Incorporated

**⫴PRECOR**

PRODUCTS | SUPPORT | TIPS & TOOLS |

▼ HOME PRODUCTS | ▲ COMMERCIAL PRODUCTS | ▲ GOVERNMENT | ▲ ABOUT PRECOR | ▲ CHANGE REGION

VISIT ONLINE STORE ▶

STORE LOCATOR ▶

ELLIPTICAL
CROSSTRAINERS™

TREADMILLS

STRENGTH SYSTEMS

BIKES

UBK 815 Upright Bike /

RBK 815 Recumbent Bike

STRETCHTRAINER™

## UBK 815 Upright Bike

Fluid human motion, equaled by
machine. Engineered to move the way
you move.

🛒 BUY ONLINE ▶




OVERVIEW    TECHNOLOGY    SPECS    OPTIONS

COMPARE MODELS ▶ | SPACE PLANNER ℗ ▶

📄 Printable Brochure (237 KB)

🛒 Printable Specs (136 KB)

☞ Why Buy A Precor

### Equipment Summary

The UBK 815 upright bike is one of our commercial upright bikes with 6
programs, 25 resistance levels, touch and telemetry heart rate monitoring with
SmartRate. The seat and pedals can be replaced with your own for a custom
feel and ride. The 815 also features 3-position handlebars for upright, cruising
and road racing positions, dual sided pedals and K.O.P.S. biomechanics.

© 2010 Precor Incorporated

# EXHIBIT 16

**FILED UNDER SEAL**

# EXHIBIT 17

# FILED UNDER SEAL

# EXHIBIT 18

**FILED UNDER SEAL**

# EXHIBIT 19

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| GARY MEDNICK, individually and on behalf of all others similarly situated, | ) ) ) ) | Case No. 1:14-cv-03624 CONSOLIDATED ACTION |
| Plaintiff, | ) ) | Hon. Harry D. Leinenweber |
| v. | ) ) | Magistrate Judge Daniel G. Martin |
| PRECOR INC., a Delaware corporation, | ) ) | |
| Defendant. | ) ) | |
| STEVEN BAYER, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| PRECOR INC., a Delaware corporation, | ) ) | |
| Defendant. | ) ) | |

## AFFIDAVIT OF GARY MEDNICK

I, Gary Mednick, being duly sworn on oath, state that the following are true and accurate statements:

1. On October 20, 2013, I purchased a Precor 9.23 treadmill from The Great Escape/Chicago Home Fitness in Mundelein, Illinois for $1,420.80. ("the Treadmill").

2. One of the main reasons I bought the Treadmill as opposed to some other brand or model was due to the capabilities of its Touch Sensor Heart Rate monitors (the "Touch Sensors").

3.     I would not have purchased the Treadmill if I knew that the Touch Sensors were defective.

4.     I would not have purchased the Treadmill if I knew that the Touch Sensors would not provide me with accurate heart rate monitoring measurements.

5.     I would not have purchased the Treadmill if I knew that in so doing I would be unable to comply with my physician's instructions to monitor my heart rate while exercising.

6.     I was never made aware prior to purchasing the Treadmill that different Precor exercise equipment used different heart rate monitoring hardware or software.

7.     I was never made aware prior to purchasing the Treadmill that I would need to purchase any chest strap or other monitoring device to effectively use the Touch Sensors.

8.     In or around January 2014, in speaking with Precor's customer service personnel about my dissatisfaction with the functionality of the Touch Sensors, I informed customer service of my intention to file a class action lawsuit.

9.     Despite knowing of my intention to file a class action lawsuit, Precor never put in writing to me any offers to refund the Treadmill.

10.     Despite knowing of my intention to file a class action lawsuit, Precor never offered orally or in writing to pay any attorneys' fees or litigation costs, never asked if I had incurred any attorneys' fees or litigation costs, and never offered to stop marketing and advertising exercise equipment with defective Touch Sensors.

11.     To date, Precor has never sent me a check refunding the cost of the Treadmill or any other costs.

12.     Precor's customer service personnel told me that a chest strap would not solve the issues I had with the Touch Sensors on the Treadmill.

13.     Precor's customer service personnel never offered to purchase for me any other software or hardware that would make the Touch Sensors on the Treadmill work as advertised and marketed.

14.     Precor's customer service personnel specifically told me in or around January 2014 that Precor was aware of heart rate monitor problems with Precor 9.23 and 9.27 model treadmills and was working to improve the models in the future.

15.     The "Owner's Manual: Heart Rate Features" page attached to Precor's Motion to Dismiss (Exhibit A to this Affidavit) was not included in my Owner's manual when I purchased the Treadmill.

16.     The Owner's manual that came with the treadmill I purchased does not contain any of the following statements that are contained in the version of the Owner's manual submitted by Precor in this litigation:

- "Touch heart rate performance may vary based on a user's physiology, fitness level, age and other factors."

- "You may experience an erratic readout if your hands are dry, dirty or oily, or if the skin on your palms is especially thick."

- "Wearing hand lotion can also cause an erratic readout."

- "In addition, make sure that the sensors are clean to ensure proper contact can be maintained."

3

- "It takes a number of consecutive heart bears (15-20 seconds) for your heart rate to register."

- "When gripping the sensors, do not grip tightly. Keep a loose, cupping hold. Holding the grips tightly can affect the reading."

- "As you work out, your perspiration will help transmit your heart rate signal. If you have difficulty using the handheld grips to determine your heart rate, try the sensors again later in the workout to see if you can obtain a heart rate signal."

17.    The Owner's Manual: Heart Rate Features page that came with my Owners manual is attached as Exhibit B.

18.    The statements contained herein are made based upon my personal knowledge. If sworn as a witness, I can testify competently thereto.

Further affiant sayeth naught.

_Gary Mednick_
Gary Mednick

Subscribed and sworn to before me this 27th day of August, 2014.

ELIZABETH M SCHILLEN
OFFICIAL SEAL
MY COMMISSION EXPIRES
MAY 26, 2015
NOTARY PUBLIC STATE OF ILLINOIS

_Elizabeth M. Schillen_
Notary Public

4

## Using the Heart Rate
## Touch-Sensitive Handrail Grips

Note: Touch heart rate performance may vary based on a user's physiology, fitness level, age, and other factors. You may experience an erratic readout if your hands are dry, dirty, or oily, or if the skin on your palms is especially thick. Wearing hand lotion can also cause an erratic readout. In addition, make sure that the sensors are clean to ensure proper contact can be maintained.

To use the touch heart rate feature, place the palm of your hands directly on the metal heart rate sensors on the equipment's handlebars. Refer to Diagram 6. To ensure a more accurate heart rate readout, make sure you follow these tips:

- Both hands must grip the sensors for your heart rate to register.

- It takes a number of consecutive heart beats (15-20 seconds) for your heart rate to register.

- When gripping the sensors, do not grip tightly. Keep a loose, cupping hold. Holding the grips tightly can affect the reading.

- As you work out, your perspiration will help transmit your heart rate signal. If you have difficulty using the handheld grips to determine your heart rate, try the sensors again later in the workout to see if you can obtain a heart rate signal.

*Owner's Manual: Head Rate Features*

- If the touch heart rate feature does not work for you, Precor recommends that you use a chest transmitter strap.



Touch-sensitive handrail grips

Diagram 6: Touch-sensitive handrail grips

*Important: While exercising, do not grasp the touch-sensitive handrail grips and wear the chest strap at the same time. The touch-sensitive handrail grips override the signals from the chest strap transmitter. If used together, inconsistent readings may occur.*

16

THIS IS THE WARNING IN THE OWNER'S
MANUAL ON THE WEBSITE.

tabbies   PLAINTIFF'S EXHIBIT   A

## Using the Heart Rate Touch-Sensitive Handrail Grips

While exercising, you must grasp both touch-sensitive handrail grips for a minimum of five to ten seconds to transmit your heart rate to the display. Refer to Diagram 9.



Touch-sensitive handrail grips

**Diagram 9: Touch-sensitive handrail grips**

Usually, the concentration of salts in a person's perspiration provides enough conductivity to transmit a signal to the receiver inside the display console. However, some people, because of body chemistry or erratic heart beats cannot use the touch-sensitive heart rate feature on the treadmill. Using a chest strap on the 9.27 may provide better results.

*Important: While exercising, do not grasp the touch-sensitive handrail grips and wear the chest strap at the same time. The touch-sensitive handrail grips override the signals from the chest strap transmitter. If used together, inconsistent readings may occur.*

THIS IS THE "WARNING" IN THE
OWNER'S MANUAL I RECEIVED WITH
MY TREADMILL

PLAINTIFF'S EXHIBIT
13

# EXHIBIT 20

**FILED UNDER SEAL**

# EXHIBIT 21

# FILED UNDER SEAL

# EXHIBIT 22

# Owner's Manual
# 9.23
# 9.27
## Low Impact Treadmills



**///PRECOR**®

# Precor Residential Equipment Limited Warranty

PLEASE READ THESE WARRANTY TERMS AND CONDITIONS CAREFULLY BEFORE USING YOUR PRECOR INCORPORATED PRODUCT. BY USING THE EQUIPMENT, YOU ARE CONSENTING TO BE BOUND BY THE FOLLOWING WARRANTY TERMS AND CONDITIONS.

## Limited Warranty

Precor Incorporated warrants all new Precor products to be free from defects in materials and manufacture for the warranty period set forth below. The warranty period commences on the invoice date of original purchase. This warranty applies only against defects discovered within the warranty period and extends only to the original purchaser of the product. Parts repaired or replaced under the terms of this warranty will be warranted for the remainder of the original warranty period only. To make claim under warranty, the buyer must notify Precor or their authorized Precor dealer within 30 days after the date of discovery of any nonconformity and make the affected product available for inspection by Precor or its service representative. Precor's obligations under this warranty are limited and set forth below.

## Warranty Periods and Coverage

All products for the home are warranted for the following periods:

- Lifetime frame and welds
- 5 years parts and wear items
- 1 year labor
- Coverage for options and accessories defined below.

## Options / Accessories

Many options or accessories have components that are connected internally or mounted inside the electronic console. The following guidelines determine the warranty for these components. If the internal components are installed by the factory or by an authorized dealer as part of the original sale and delivery, they have a warranty that is identical to the warranty of the equipment in which they are connected or mounted. If the internal components are not installed by the factory or by an authorized dealer as part of the original sale and delivery, they have a 90-day parts and labor limited warranty. All components that are not internally connected have 90-day parts only limited warranty. Satisfactory proof of purchase is required in all cases.

## Conditions and Restrictions

This warranty is valid only in accordance with the conditions set forth below:

1. The warranty applies to the Precor product only while:
   a. It remains in the possession of the original purchaser and proof of purchase is demonstrated
   b. It has not been subjected to accident, misuse, abuse, improper service, or non-Precor modifications
   c. Claims are made within the warranty period
2. This warranty does not cover damage or equipment failure caused by electrical wiring not in compliance with electrical codes or Precor owner's manual specifications, or failure to provide reasonable and necessary maintenance as outlined in the owner's manual.

# EXHIBIT 23

PR 000060

PRECOR®
USA
move beyond®

**Owner's Manual**
**9.31**
**9.33**
Low-Impact Treadmills

# Precor Residential Equipment Limited Warranty

PLEASE READ THESE WARRANTY TERMS AND CONDITIONS CAREFULLY BEFORE USING YOUR PRECOR INCORPORATED PRODUCT. BY USING THE EQUIPMENT, YOU ARE CONSENTING TO BE BOUND BY THE FOLLOWING WARRANTY TERMS AND CONDITIONS.

## Limited Warranty

Precor Incorporated warrants all new Precor products to be free from defects in materials and manufacture for the warranty period set forth below. The warranty period commences on the invoice date of original purchase. This warranty applies only against defects discovered within the warranty period and extends only to the original purchaser of the product. Parts repaired or replaced under the terms of this warranty will be warranted for the remainder of the original warranty period only. To make claim under warranty, the buyer must notify Precor or their authorized Precor dealer within 30 days after the date of discovery of any nonconformity and make the affected product available for inspection by Precor or its service representative. Precor's obligations under this warranty are limited and set forth below.

## Warranty Periods and Coverage

All residential products and commercial products used in the home are warranted for the following periods:

- Lifetime frame and welds
- 10 years parts and wear items
- 1 year labor
- Coverage for options and accessories defined below.

## Options / Accessories

Many options or accessories have components that are connected internally or mounted inside the electronic console. The following guidelines determine the warranty for these components. If the internal components are installed by the factory or by an authorized dealer as part of the original sale and delivery, they have a warranty that is identical to the warranty of the equipment in which they are connected or mounted. If the internal components are not installed by the factory or by an authorized dealer as part of the original sale and delivery, they have a 90-day parts and labor limited warranty. All components that are not internally connected have 90-day parts only limited warranty. Satisfactory proof of purchase is required in all cases.

## Conditions and Restrictions

This warranty is valid only in accordance with the conditions set forth below:

1. The warranty applies to the Precor product only while:
   a. It remains in the possession of the original purchaser and proof of purchase is demonstrated
   b. It has not been subjected to accident, misuse, abuse, improper service, or non-Precor modifications
   c. Claims are made within the warranty period
2. This warranty does not cover damage or equipment failure caused by electrical wiring not in compliance with electrical codes or Precor owner's manual specifications, or failure to provide reasonable and necessary maintenance as outlined in the owner's manual.

*Owner's Manual: Precor Residential Equipment Limited Warranty*

# EXHIBIT 24

PR 000146

# Owner's Manual
## 9.35
### Low-Impact Treadmill

PRECOR®
USA
move beyond®

# Precor Residential Equipment Limited Warranty

PLEASE READ THESE WARRANTY TERMS AND CONDITIONS CAREFULLY BEFORE USING YOUR PRECOR INCORPORATED PRODUCT. BY USING THE EQUIPMENT, YOU ARE CONSENTING TO BE BOUND BY THE FOLLOWING WARRANTY TERMS AND CONDITIONS.

## Limited Warranty

Precor Incorporated warrants all new Precor products to be free from defects in materials and manufacture for the warranty period set forth below. The warranty period commences on the invoice date of original purchase. This warranty applies only against defects discovered within the warranty period and extends only to the original purchaser of the product. Parts repaired or replaced under the terms of this warranty will be warranted for the remainder of the original warranty period only. To make claim under warranty, the buyer must notify Precor or their authorized Precor dealer within 30 days after the date of discovery of any nonconformity and make the affected product available for inspection by Precor or its service representative. Precor's obligations under this warranty are limited and set forth below.

## Warranty Periods and Coverage

All residential products and commercial products used in the home are warranted for the following periods:

- Lifetime frame and welds
- 10 years parts and wear items
- 1 year labor
- Coverage for options and accessories defined below.

## Options / Accessories

Many options or accessories have components that are connected internally or mounted inside the electronic console. The following guidelines determine the warranty for these components. If the internal components are installed by the factory or by an authorized dealer as part of the original sale and delivery, they have a warranty that is identical to the warranty of the equipment in which they are connected or mounted. If the internal components are not installed by the factory or by an authorized dealer as part of the original sale and delivery, they have a 90-day parts and labor limited warranty. All components that are not internally connected have 90-day parts only limited warranty. Satisfactory proof of purchase is required in all cases.

## Conditions and Restrictions

This warranty is valid only in accordance with the conditions set forth below:

1. The warranty applies to the Precor product only while:
   a. It remains in the possession of the original purchaser and proof of purchase is demonstrated
   b. It has not been subjected to accident, misuse, abuse, improper service, or non-Precor modifications
   c. Claims are made within the warranty period

2. This warranty does not cover damage or equipment failure caused by electrical wiring not in compliance with electrical codes or Precor owner's manual specifications, or failure to provide reasonable and necessary maintenance as outlined in the owner's manual.

*Owner's Manual: Precor Residential Equipment Limited Warranty*

# EXHIBIT 25

PR 000242

# Assembly Guide

EFX® 5.21
EFX® 5.23

Elliptical Fitness Crosstrainer



///PRECOR®

# Precor Residential Equipment Limited Warranty

PLEASE READ THESE WARRANTY TERMS AND
CONDITIONS CAREFULLY BEFORE USING YOUR PRECOR
INCORPORATED PRODUCT. BY USING THE EQUIPMENT,
YOU ARE CONSENTING TO BE BOUND BY THE
FOLLOWING WARRANTY TERMS AND CONDITIONS.

## Limited Warranty

Precor Incorporated warrants all new Precor products to be free
from defects in materials and manufacture for the warranty period
set forth below. The warranty period commences on the invoice
date of original purchase. This warranty applies only against
defects discovered within the warranty period and extends only to
the original purchaser of the product. Parts repaired or replaced
under the terms of this warranty will be warranted for the
remainder of the original warranty period only. To make claim
under warranty, the buyer must notify Precor or their authorized
Precor dealer within 30 days after the date of discovery of any
nonconformity and make the affected product available for
inspection by Precor or its service representative. Precor's
obligations under this warranty are limited and set forth below.

## Warranty Periods and Coverage

All residential products and commercial products used in the
home are warranted for the following periods:

- Lifetime frame and welds
- 5 years parts and wear items
- 1 year labor
- Coverage for options and accessories defined below.

## Options / Accessories

Many options or accessories have components that are
connected internally or mounted inside the electronic console.
The following guidelines determine the warranty for these
components. If the internal components are installed by the
factory or by an authorized dealer as part of the original sale and
delivery, they have a warranty that is identical to the warranty of
the equipment in which they are connected or mounted. If the
internal components are not installed by the factory or by an
authorized dealer as part of the original sale and delivery, they
have a 90-day parts and labor limited warranty. All components
that are not internally connected have 90-day parts only limited
warranty. Satisfactory proof of purchase is required in all cases.

## Conditions and Restrictions

This warranty is valid only in accordance with the conditions set
forth below:

1. The warranty applies to the Precor product only while:
   a. It remains in the possession of the original purchaser and
      proof of purchase is demonstrated
   b. It has not been subjected to accident, misuse, abuse,
      improper service, or non-Precor modifications
   c. Claims are made within the warranty period
2. This warranty does not cover damage or equipment failure
   caused by electrical wiring not in compliance with electrical
   codes or Precor owner's manual specifications, or failure to
   provide reasonable and necessary maintenance as outlined in
   the owner's manual.

# EXHIBIT 26

PR 000300





# Owner's Manual
## EFX® 5.25
### Elliptical Fitness Crosstrainers™

PR 000343

# Precor Residential Equipment Limited Warranty

PLEASE READ THESE WARRANTY TERMS AND
CONDITIONS CAREFULLY BEFORE USING YOUR PRECOR
INCORPORATED PRODUCT. BY USING THE EQUIPMENT,
YOU ARE CONSENTING TO BE BOUND BY THE
FOLLOWING WARRANTY TERMS AND CONDITIONS.

## Limited Warranty

Precor Incorporated warrants all new Precor products to be free
from defects in materials and manufacture for the warranty period
set forth below. The warranty period commences on the invoice
date of original purchase. This warranty applies only against
defects discovered within the warranty period and extends only to
the original purchaser of the product. Parts repaired or replaced
under the terms of this warranty will be warranted for the
remainder of the original warranty period only. To make claim
under warranty, the buyer must notify Precor or their authorized
Precor dealer within 30 days after the date of discovery of any
nonconformity and make the affected product available for
inspection by Precor or its service representative. Precor's
obligations under this warranty are limited and set forth below.

## Warranty Periods and Coverage

All products for the home are warranted for the following periods:

- Lifetime frame and welds
- 5 years parts and wear items
- 1 year labor
- Coverage for options and accessories defined below.

## Options / Accessories

Many options or accessories have components that are
connected internally or mounted inside the electronic console.
The following guidelines determine the warranty for these
components. If the internal components are installed by the
factory or by an authorized dealer as part of the original sale and
delivery, they have a warranty that is identical to the warranty of
the equipment in which they are connected or mounted. If the
internal components are not installed by the factory or by an
authorized dealer as part of the original sale and delivery, they
have a 90-day parts and labor limited warranty. All components
that are not internally connected have 90-day parts only limited
warranty. Satisfactory proof of purchase is required in all cases.

## Conditions and Restrictions

This warranty is valid only in accordance with the conditions set
forth below:

1. The warranty applies to the Precor product only while:
   a. It remains in the possession of the original purchaser and
      proof of purchase is demonstrated
   b. It has not been subjected to accident, misuse, abuse,
      improper service, or non-Precor modifications
   c. Claims are made within the warranty period
2. This warranty does not cover damage or equipment failure
   caused by electrical wiring not in compliance with electrical
   codes or Precor owner's manual specifications, or failure to
   provide reasonable and necessary maintenance as outlined in
   the owner's manual.

*Owner's Manual: Precor Residential Equipment Limited Warranty*

42

# EXHIBIT 27

PR 000364



# Owner's Manual
## 5.35
## 5.33
## 5.31
### Elliptical Fitness CrossTrainers™

**PRECOR** USA

move beyond®

# Precor Residential Equipment Limited Warranty

PLEASE READ THESE WARRANTY TERMS AND CONDITIONS CAREFULLY BEFORE USING YOUR PRECOR INCORPORATED PRODUCT. BY USING THE EQUIPMENT, YOU ARE CONSENTING TO BE BOUND BY THE FOLLOWING WARRANTY TERMS AND CONDITIONS.

## Limited Warranty

Precor Incorporated warrants all new Precor products to be free from defects in materials and manufacture for the warranty period set forth below. The warranty period commences on the invoice date of original purchase. This warranty applies only against defects discovered within the warranty period and extends only to the original purchaser of the product. Parts repaired or replaced under the terms of this warranty will be warranted for the remainder of the original warranty period only. To make claim under warranty, the buyer must notify Precor or their authorized Precor dealer within 30 days after the date of discovery of any nonconformity and make the affected product available for inspection by Precor or its service representative. Precor's obligations under this warranty are limited and set forth below.

## Warranty Periods and Coverage

All residential products and commercial products used in the home are warranted for the following periods:

- Lifetime frame and welds
- 10 years parts and wear items
- 1 year labor
- Coverage for options and accessories defined below.

## Options / Accessories

Many options or accessories have components that are connected internally or mounted inside the electronic console. The following guidelines determine the warranty for these components. If the internal components are installed by the factory or by an authorized dealer as part of the original sale and delivery, they have a warranty that is identical to the warranty of the equipment in which they are connected or mounted. If the internal components are not installed by the factory or by an authorized dealer as part of the original sale and delivery, they have a 90-day parts and labor limited warranty. All components that are not internally connected have 90-day parts only limited warranty. Satisfactory proof of purchase is required in all cases.

## Conditions and Restrictions

This warranty is valid only in accordance with the conditions set forth below:

1. The warranty applies to the Precor product only while:
   a. It remains in the possession of the original purchaser and proof of purchase is demonstrated
   b. It has not been subjected to accident, misuse, abuse, improper service, or non-Precor modifications
   c. Claims are made within the warranty period

2. This warranty does not cover damage or equipment failure caused by electrical wiring not in compliance with electrical codes or Precor owner's manual specifications, or failure to provide reasonable and necessary maintenance as outlined in the owner's manual.

*Owner's Manual: Precor Residential Equipment Limited Warranty*

# EXHIBIT 28

# Assembling and Maintaining Elliptical Fitness Crosstrainers™

EFX® 885 • EFX® 835





Chapter **5**

# Commercial Cardiovascular Equipment Limited Warranty

PLEASE READ THESE WARRANTY TERMS AND CONDITIONS CAREFULLY BEFORE USING YOUR PRECOR INCORPORATED PRODUCT. BY USING THE EQUIPMENT, YOU ARE CONSENTING TO BE BOUND BY THE FOLLOWING WARRANTY TERMS AND CONDITIONS.

## Limited Warranty.

Precor Incorporated warrants all new Precor products to be free from defects in materials and manufacture for the warranty periods set forth below. The warranty periods commence on the invoice date of the original purchase. This warranty applies only against defects discovered within the warranty period and extends only to the original purchaser of the product. Parts repaired or replaced under the terms of this warranty will be warranted for the remainder of the original warranty period only. To claim under this warranty, the buyer must notify Precor or your authorized Precor dealer within 30 days after the date of discovery of any nonconformity and make the affected product available for inspection by Precor or its service representative. Precor's obligations under this warranty are limited as set forth below.

## Warranty Periods and Coverage.

All Commercial Cardiovascular Products (excluding StretchTrainer, Strength Products, and coverage specific to certain models and options as defined below):

- Frame: 7 years
- Treadmill drive motor: 5 years
- Items subject to wear: 1 year
- All other parts (including mechanical parts and electronic parts): 2 years
- Labor: 1 year

880 Line Commercial Cardiovascular Products (superseding the coverage above where applicable):

- Labor on the P80 console: 2 years
- High wear items on the P80 console, including headphone jack, USB connector, and iPod® connector: 90 days

# EXHIBIT 29

**FILED UNDER SEAL**