# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Gary Mednick
                    Plaintiff,

v.                                       Case No.: 1:14–cv–03624
                                                    Honorable Harry D. Leinenweber

Precor Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 10, 2016:

      MINUTE entry before the Honorable Harry D. Leinenweber: Motion hearing held on 2/10/2016. The Motion to withdraw the appearance of Gregg M. Barbakoff as counsel for plaintiff Steven Bayer [104] is granted. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.