UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARY MEDNICK, individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br><br>   - against -<br><br>PRECOR, INC.,<br><br>                          Defendant. | Case No. 1:14-cv-03624<br><br>Honorable Harry D. Leinenweber<br>Magistrate, Honorable Daniel G. Martin |

Consolidated With

| | |
|---|---|
| STEVEN BAYER, individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br><br>   - against -<br><br>PRECOR, INC.,<br><br>                          Defendant. | Case No. 1:14-cv-04231 |

**NOTICE OF ERRATA BY DEFENDANT PRECOR INCORPORATED**

     **PLEASE TAKE NOTICE** that Defendant Precor Incorporated has filed this Errata to substitute the attached "Exhibit 2" for the inadvertently filed, incorrect copy of the Expert Report of Michael Garrett (Dkt. 98-2), Exhibit 2 to Defendant's Memorandum in Opposition to Plaintiffs' Motion for Class Certification. No changes are otherwise required or made to Defendant's Memorandum in Opposition or any of the facts contained therein which were all based upon the attached, correct copy of Garrett's Report.

     A copy of the attached, correct copy of Garrett's Report was served previously on Plaintiffs on or about February 10, 2016.

1

Respectfully submitted,

Dated February 29, 2016  By:   /S/ Jeffery A. Key                .
Jeffery A. Key, Esq. (Bar ID No. 6269206)
**Key & Associates**
321 N. Clark Street, Suite 500
Chicago, IL 60654
Telephone: (312) 560-2148
jakey@key-and-associates.com

Michael R. Levinson
**Seyfarth Shaw LLP**
131 South Dearborn Street, Suite 2400
Chicago, IL 60603
PH: 312-460-5868
Email: mlevinson@seyfarth.com

Attorneys for Defendant
Precor Incorporated

### Certificate of Service

I certify that a copy of the foregoing document ("NOTICE OF ERRATA BY DEFENDANT PRECOR INCORPORATED") was served upon the counsel for the parties as listed below this 29th day of February, 2016 via the Court's CM/ECF system.

By: /S/ Jeffery A. Key   .
Jeffery A. Key

2