UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARY MEDNICK, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br> - against -<br><br>PRECOR, INC.,<br><br>       Defendant. | Case No. 1:14-cv-03624<br><br>Honorable Harry D. Leinenweber<br>Magistrate, Honorable Daniel G. Martin |

Consolidated With

| | |
|---|---|
| STEVEN BAYER, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br> - against -<br><br>PRECOR, INC.,<br><br>       Defendant. | Case No. 1:14-cv-04231 |

**NOTICE OF DEFENDANT PRECOR INCORPORATED'S MOTION TO AMEND / SUPPPLEMENT MEMORANDUM IN OPPOSOSITION TO CLASS CERTIFICATION**

   **PLEASE TAKE NOTICE THAT** on **March 16, 2015** at **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Harry D. Leinenweber, or whomever may be designated to sit in his stead, in Room 1941 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Defendant Precor Incorporated's Motion to Amend / Supplement Memorandum in Opposition to Class Certification,* a copy of which is attached and served upon you.

                  Respectfully submitted,

Dated March 11, 2015	By:	  /S/ Jeffery A. Key                  .
Jeffery A. Key, Esq. (Bar ID No. 6269206)
**Key & Associates**
321 N. Clark Street, Suite 500
Chicago, IL 60654
Telephone: (312) 560-2148
jakey@key-and-associates.com

Michael R. Levinson
**Seyfarth Shaw LLP**
131 South Dearborn Street, Suite 2400
Chicago, IL 60603
PH:  312-460-5868
Email:  mlevinson@seyfarth.com

Attorneys for Defendant
Precor Incorporated

**Certificate of Service**

I certify that a copy of the foregoing document ("DEFENDANT PRECOR INCORPORATED'S MOTION TO AMEND/SUPPPLEMENT MEMORANDUM IN OPPOSOSITION TO CLASS CERTIFICATION") was served upon the counsel for the parties as listed below this 11th day of March, 2015 via the Court's CM/ECF system.

    Katrina Carroll
        kcarroll@litedepalma.com
    Kyle Alan Shamberg
        kshamberg@litedepalma.com
    Joseph J. Siprut
        jsiprut@siprut.com
    Matthew D. Savin
        msavin@siprut.com


By:  /S/  Jeffery A. Key     .
    Jeffery A. Key