# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Gary Mednick

                Plaintiff,

v.                                  Case No.: 1:14–cv–03624
                                        Honorable Harry D. Leinenweber

Precor Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 16, 2016:

      MINUTE entry before the Honorable Harry D. Leinenweber:Motion hearing held on 3/16/2016. Defendant Precor Incorporated's Motion to amend/supplement memorandum in opposition to class certification [113] is granted. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.