IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARY MEDNICK, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PRECOR, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 1:14−cv−03624<br>CONSOLIDATED ACTION<br><br>Hon. Harry D. Leinenweber<br><br>Hon. Daniel G. Martin |
| STEVEN BAYER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PRECOR, INC., a Delaware corporation,<br><br>    Defendant. | |

**PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT**

    Plaintiffs Gary Mednick ("Mednick") and Steven Bayer ("Bayer) (collectively "Plaintiffs"), through their undersigned counsel, respectfully request that this Court enter an Order granting them leave to file Plaintiffs' Motion for Final Approval of Class Action Settlement ("Motion") in excess of 15 pages. In further support of their motion, Plaintiffs state the following:

    1.    After more than a year of negotiations, the parties have entered into a class-wide settlement agreement that will resolve the case and provide appropriate and meaningful relief to the Class, which the Court has already ranted preliminary approval.

1

781319.1

2. Plaintiffs now move for final approval of that settlement, for an award of attorneys' fees and expenses, and for service awards for the named Plaintiffs. Given the number of issues that need to be addressed and the importance of this motion to both sides, Plaintiffs seek leave to file their Opposition in excess of the 15-page limit in Local Rule 7.1, up to 38 pages. Plaintiffs believe this is an appropriate length given the substance of the motion and complexity of the issues involved, and have employed their best efforts to keep the Opposition as concise as possible without prejudicing Plaintiffs and the Class.

WHEREFORE, Plaintiffs request that this Court enter an Order granting them leave to exceed the 15-page limit set forth in Local Rule 7.1 of the Northern District of Illinois.

Dated: April 30, 2019

Respectfully submitted,

By: */s/ Katrina Carroll*

Katrina Carroll, Esq.
*kcarroll@litedepalma.com*
Kyle A. Shamberg, Esq.
*kshamberg@litedepalma.com*
Katlyn C. Mathy, Esq.
*kmathy@litedepalma.com*
**LITE DEPALMA GREENBERG, LLC**
111 W. Washington Street, Suite 1240
Chicago, Illinois 60602
Phone No. (312) 750-1265
Fax No. (312) 212-5919

Joseph J. Siprut, Esq.
*jsiprut@siprut.com*
Michael Chang, Esq.
*mchang@siprut.com*
**SIPRUT PC**
17 N. State Street, Suite 1600
Chicago, Illinois 60602
Phone No. (312) 236-0000
Fax No. (312) 878-1342

***Proposed Class Counsel***

Richard R. Gordon, Esq.
*rrg@gordonlawchicago.com*
**GORDON LAW OFFICES, LTD.**
111 W. Washington Street, Suite 1240
Chicago, Illinois 60602
Phone No. (312) 332-5200
Fax No. (312) 242-4966

*Additional Plaintiffs' Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing Notice, along with the accompanying motion, was electronically filed with the Clerk of the Court via the CM/ECF system, which served copies on all interested parties registered for electronic service, on April 30, 2019.

*/s/ Katrina Carroll*